MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM TSE et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA et al.,<br><br>　　　　Defendants. | No. CV11-04458<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

Court Processes:

____Non-binding Arbitration (ADR L.R. 4)

____Early Neutral Evaluation (ENE) (ADR L.R. 5)

√____Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

Private Process:

____Private ADR (please identify process and provider):

The parties agree to hold the ADR session by:

√ ___ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

___ Other requested deadline: _____

Dated: February 9, 2012          By:    /s/
                                        SCOTT A. BERMAN, Esq.
                                        Attorneys for Plaintiffs

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

DATED: February 9, 2012                    Respectfully submitted,

                                           MIGUEL MÁRQUEZ
                                           County Counsel

                                    By:    /s/
                                           MELISSA KINIYALOCTS
                                           Deputy County Counsel

                                           Attorneys for Defendant
                                           COUNTY OF SANTA CLARA

### [PROPOSED] ORDER

__XX__ The parties' stipulation is adopted and IT IS SO ORDERED.

_____ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: February 14, 2012         _[signature]_____
                                 HONORABLE EDWARD J. DAVILA

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."