1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  TOM TSE et al.,                          No. CV11-04458

12             Plaintiffs,                   **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

13  v.

14  COUNTY OF SANTA CLARA et al.,

15             Defendants.

16

17          Counsel report that they have met and conferred regarding ADR and have reached the

18  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

19          Court Processes:

20          ____Non-binding Arbitration (ADR L.R. 4)

21          ____Early Neutral Evaluation (ENE) (ADR L.R. 5)

22          √___Mediation (ADR L.R. 6)

23          (Note: Parties who believe that an early settlement conference with a Magistrate Judge is

24  appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR

25  phone conference and may not file this form.  They must instead file a Notice of Need for ADR

26  Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5)

27          Private Process:

28          ____Private ADR (please identify process and provider):

                                          1

1    The parties agree to hold the ADR session by:

2    √    the presumptive deadline *(The deadline is 90 days from the date of the order referring*

3   *the case to an ADR process unless otherwise ordered.)*

4    ____ Other requested deadline: _____

5   Dated: February 9, 2012                        By: _____/s/_____

6                                                       SCOTT A. BERMAN, Esq.

                                                        Attorneys for Plaintiffs
7

8         I hereby attest that I have on file the holograph signature for the signature indicated by a

9   "conformed" signature (/S/) within this e-filed document.

10   DATED: February 9, 2012                        Respectfully submitted,

11                                                      MIGUEL MÁRQUEZ
                                                        County Counsel
12

13                                                  By: _____/s/_____
                                                        MELISSA KINIYALOCTS
14                                                      Deputy County Counsel

15                                                      Attorneys for  Defendant
16                                                      COUNTY OF SANTA CLARA

17                              [PROPOSED] ORDER

18     XX   The parties' stipulation is adopted and IT IS SO ORDERED.

19   _____   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

20

21   Dated: ___February 14, 2012_____        _____
                                              HONORABLE EDWARD J. DAVILA
22

23

24

25   When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g.,

26   "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

27

28

Stipulation and [Proposed] Order Selecting ADR Process                              CV11-04458