MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| TOM TSE and ANNE CAN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, and DOES 1-25, inclusive,<br><br>Defendants. | No. CV11-04458 EJD<br><br>**NOTICE OF CONDITIONAL SETTLEMENT, STIPULATION TO VACATE CASE MANAGEMENT ORDER, AND [PROPOSED] ORDER VACATING CASE MANAGEMENT ORDER** |

On May 8, 2012, the parties reached a conditional settlement in which Plaintiffs Tom Tse and Anne Can agreed to an abatement plan for their property and will dismiss this action with prejudice after County staff approves the final grading work and issues a Final Certificate of Occupancy. The parties further agreed that the conditions of the settlement will be resolved no later than September 30, 2012.

The parties hereby stipulate that the Court's January 31, 2012 Case Management Order should be vacated, and a further Case Management Conference held if the parties fail to file a Stipulation of Dismissal before September 30, 2012.

/ /

/ /

/ /

1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

MIGUEL MÁRQUEZ<br>
COUNTY COUNSEL

Dated: May 11, 2012     By:       /S/
                           MELISSA R. KINIYALOCTS
                           Deputy County Counsel

                           Attorneys for Defendant
                           COUNTY OF SANTA CLARA


                           PIERCE & SHEARER LLP

Dated: May 11, 2012     By:       /S/
                           SCOTT A. BERMAN, Esq.

                           Attorneys for Plaintiffs
                           TOM TSE and ANNE CAN

### ORDER

The January 31, 2012 Case Management Order is vacated. The parties are to appear for a further Case Management Conference on October 5, 2012. The October 5, 2012 Case Management Conference will be vacated if the parties file a Stipulation of Dismissal before September 30, 2012.

Dated: May 14, 2012

                           _____
                           EDWARD J. DAVILA
                           United States District Court Judge

580641.DOC